1  C. D. Michel – SBN 144258
   Clinton B. Monfort – SBN 255609
2  Sean A. Brady – SBN 262007
   Anna M. Barvir – SBN 268728
3  cmichel@michellawyers.com
4  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Blvd., Suite 200
5  Long Beach, CA 90802
   Telephone: (562) 216-4444
6  Facsimile:   (562) 216-4445
7  www.michellawyers.com

8  Attorneys for Plaintiffs

9
                IN THE UNITED STATES DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11
                         WESTERN DIVISION
12

13

| | |
|---|---|
| 14  MICHELLE FLANAGAN, SAMUEL GOLDEN, DOMINIC NARDONE, JACOB PERKIO, and THE CALIFORNIA RIFLE & PISTOL ASSOCIATION, | CASE NO: 2:16-cv-6164 JAK (ASx) |
| 15 | JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT CALIFORNIA ATTORNEY GENERAL KAMALA HARRIS' MOTION TO DISMISS COMPLAINT |
| 16 | |
| 17                              Plaintiffs, | |
| 18 | |
| 19       v. | STIPULATED PER STANDING ORDER |
| 20  CALIFORNIA ATTORNEY GENERAL KAMALA HARRIS, in her official capacity as Attorney General of the State of California, SHERIFF JAMES McDONNELL, in his official capacity as Sheriff of Los Angeles County, California, and DOES 1-10, | |
| 21 | Noticed Hearing Date: February 13, 2017 |
| 22 | Hearing Time:        8:30 a.m. |
| 23 | Courtroom:           750 |
| 24 | Judge:               John A. Kronstadt |
| 25                              Defendants. | Action Filed: August 17, 2016 |

26
27
28

                                1

JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS COMPLAINT

Pursuant to the Honorable Judge John A. Kronstadt's Standing Order, Plaintiffs Michelle Flanagan, Samuel Golden, Dominic Nardone, Jacob Perkio and the California Rifle & Pistol Association ("Plaintiffs") and Defendant California Attorney General Kamala Harris ("Defendant") (collectively "the Parties") hereby stipulate to the following briefing schedule for Defendant California Attorney General Kamala Harris' Motion to Dismiss Complaint for Declaratory and Injunctive Relief.

Plaintiffs' opposition to Defendant Kamala Harris' Motion to Dismiss shall be filed and e-served on or before December 1, 2016; and

Defendant's reply to Plaintiffs' opposition shall be filed and e-served on or before January 9, 2017.

IT IS SO STIPULATED.

Dated: October 13, 2016        MICHEL & ASSOCIATES, P.C.

*[signature]*
Clinton B. Monfort
*Counsel for Plaintiffs*

Dated: October 13, 2016        KAMALA D. HARRIS
Attorney General of California
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General
P. PATTY LI
Deputy Attorney General

*[signature]*
Jonathan M. Eisenberg
*Deputy Attorney General*
*Attorneys for Kamala D. Harris,*
*Attorney General of the State of*
*California*