C. D. Michel – SBN 144258
Clinton B. Monfort – SBN 255609
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
www.michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHELLE FLANAGAN, SAMUEL GOLDEN, DOMINIC NARDONE, JACOB PERKIO, and THE CALIFORNIA RIFLE & PISTOL ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL KAMALA HARRIS, in her official capacity as Attorney General of the State of California, SHERIFF JAMES McDONNELL, in his official capacity as Sheriff of Los Angeles County, California, and DOES 1-10,<br><br>　　　　Defendants. | CASE NO: 2:16-cv-6164 JAK (ASx)<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT SHERIFF JAMES McDONNELL'S MOTION TO DISMISS COMPLAINT**<br><br>**STIPULATED PER STANDING ORDER**<br><br>Noticed Hearing Date: February 13, 2017<br>Hearing Time:　　　8:30 a.m.<br>Courtroom:　　　　750<br>Judge:　　　　　　John A. Kronstadt |

1

JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS COMPLAINT

Pursuant to the Honorable Judge John A. Kronstadt's Standing Order, Plaintiffs Michelle Flanagan, Samuel Golden, Dominic Nardone, Jacob Perkio and the California Rifle & Pistol Association ("Plaintiffs") and Defendant Sheriff James McDonnell ("Defendant McDonnell"), hereby stipulate to the following briefing schedule for Defendant McDonnell's Motion to Dismiss Plaintiffs' Complaint.

Plaintiffs' opposition to Defendant McDonnell's Motion to Dismiss shall be filed and e-served on or before December 7, 2016; and

Defendant McDonnell's reply to Plaintiffs' opposition shall be filed and e-served on or before January 9, 2017.

IT IS SO STIPULATED.

Dated: October 17, 2016                MICHEL & ASSOCIATES, P.C.

_____
Clinton B. Monfort
*Counsel for Plaintiffs*

Dated: October 17, 2016                MARY C. WICKHAM
                                       County Counsel

_____
Alexandra B. Zuiderweg
*Deputy County Counsel*
*Attorneys for Defendant Sheriff James McDonnell*