NOTE: CHANGES MADE BY THE COURT

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICHELLE FLANAGAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br><br>    Defendants. | Case No.: 2:16-cv-06164-JAK-ASx<br><br>**ORDER RE STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF AND DEADLINE TO FILE MOTIONS (DKT. 43)** |

Plaintiffs Michelle Flanagan, Samuel Golden, Dominic Nardone, Jacob Perkio, and the California Rifle & Pistol Association ("Plaintiffs") and Defendant California Attorney General Xavier Becerra ("Defendant") (collectively, "the Parties") submitted a Stipulation Extending Expert Discovery Cut-Off and Deadline to File Motions, as well as a declaration in support by P. Patty Li. Having considered the stipulation, the supporting declaration, and good cause appearing, the Court hereby modifies the Scheduling Order (ECF No. 38) as follows:

//

//

//

| EVENT | DATE |
|---|---|
| Expert Discovery Cut-off | Monday, August 21, 2017 |
| Last day to file motions (including discovery motions) | Monday, September 11, 2017 |
| Deadline to file opposition to any motion for summary judgment filed by the last day to file motions | Monday, October 2, 2017 (21 days after last day to file motions) |
| Deadline to file reply in support of any motion for summary judgment filed by the last day to file motions | Monday, October 16, 2017 (35 days after last day to file motions) |
| Hearing on motion for summary judgment | November 6, 2017 at 8:30 am |

All other deadlines in the Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated: July 31, 2017

_____
**JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**