# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHELLE FLANAGAN, et al., | Case No.: 2:16-cv-06164-JAK-AS |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al., | **JS-6** |
| Defendants. | |

IT IS HEREBY ORDERED that: Judgment is ENTERED in favor of California ("Defendant") and against Michelle Flanagan, Samuel Golden, Dominic Nardone, Jacob Perkio, and the California Rifle & Pistol Association, Inc. (collectively, "Plaintiffs").  Plaintiffs shall take nothing from Defendant.  Each and every claim and prayer for relief asserted in Plaintiffs' complaint is denied. Defendant is the prevailing party and shall be entitled to recover its reasonable costs of suit; provided, however, that Plaintiffs may, pursuant to Local Rule 54-2.2, object to any of the costs claimed by Defendant.

**IT IS SO ORDERED**.

Dated: May 24, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE