# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHELLE FLANAGAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br><br>Defendants. | Case No.: 2:16-cv-06164-JAK-AS<br><br>**AMENDED JUDGMENT** |

1

IT IS HEREBY ORDERED that: Judgment is ENTERED in favor of California Attorney General Xavier Becerra, in his official capacity as Attorney General of the State of California, and Sheriff James McDonnell, in his official capacity as Sheriff of Los Angeles County, California ("Defendants") and against Michelle Flanagan, Samuel Golden, Dominic Nardone, Jacob Perkio, and the California Rifle & Pistol Association, Inc. (collectively, "Plaintiffs"). Plaintiffs shall take nothing from Defendants. Each and every claim and prayer for relief in Plaintiffs' complaint against each Defendant is denied for the reasons set out in this Court's February 23, 2017 order granting Defendants' motions to dismiss Plaintiffs' complaint and the May 7, 2018 order granting Defendant Becerra's Motion for Summary Judgment. Defendants are the prevailing parties and shall be entitled to recover their reasonable costs of suit; provided, however, that Plaintiffs may, pursuant to Local Rule 54-2.2, object to any of the costs claimed by Defendants.

**IT IS SO ORDERED**.

Date: June 12, 2018

JOHN A. KRONSTADT
UNITED STATE DISTRICT JUDGE