1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE FLANAGAN, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>ROBERT BONTA, et al.,<br><br>      Defendants. | No. 2:16-cv-06164-JAK (ASx)<br><br>**ORDER RE NINTH CIRCUIT ORDER (DKT. 112)**<br><br>**JS-6: CASE TERMINATED** |

1

In compliance with the recent order issued by the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit Order" (Dkt. 112)), the judgment previously entered in this matter is **VACATED**. Pursuant to the Ninth Circuit Order, this case is **DISMISSED**. Each party shall bear its own costs.

**IT IS SO ORDERED.**

Dated: February 3, 2023

John A. Kronstadt
United States District Judge